UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
NATIONAL ASSOCIATION OF        )
TOBACCO OUTLETS, INC.; R.J.    )
REYNOLDS TOBACCO COMPANY;      )
PHILIP MORRIS USA INC.; and    )
LORILLARD TOBACCO COMPANY,     )
                               )
          Plaintiffs,          )    CIVIL ACTION NO.
                               )    11-40110-DPW
v.                             )
                               )
CITY OF WORCESTER,             )
MASSACHUSETTS; DIVISION OF     )
PUBLIC HEALTH OF WORCESTER,    )
MASSACHUSETTS; B. DALE MAGEE,  )
IN HIS OFFICIAL CAPACITY AS    )
COMMISSIONER OF PUBLIC HEALTH  )
OF WORCESTER, MASSACHUSETTS;   )
MICHAEL V. O'BRIEN, IN HIS     )
OFFICIAL CAPACITY AS CITY      )
MANAGER OF WORCESTER,          )
MASSACHUSETTS                  )
                               )
          Defendants.          )
```

JUDGMENT
March 31, 2012

In accordance with the Memorandum and Order issued this day, judgment is awarded to the plaintiffs and it is hereby ORDERED, ADJUDGED and DECREED: That the ban on advertising tobacco products contained in the Worcester Massachusetts Revised Ordinances of 2008 ch. 8, § 3(i)(1) is an unconstitutional abridgment of First and Fourteenth Amendment rights.

*/s/ Douglas P. Woodlock*
DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT JUDGE